

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
JAN 2

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MICROSOFT CORPORATION** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | Civil Action No. _____ |
| | § | |
| **DAUBEN, INC. d/b/a TEXAS** | § | **308 CV 0098 - L** |
| **INTERNATIONAL PROPERTY** | § | |
| **ASSOCIATES** | § | |
| | § | |
| **Defendant.** | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff Microsoft Corporation ("Microsoft") hereby certifies that Microsoft has no parent corporation and that there are no publicly held corporations that own 10% or more of its stock.

The following are interested in the outcome of this case:

1.      Microsoft;

2.      Defendant Dauben, Inc. d/b/a Texas International Property Associates, a Texas Corporation;

3.      Joey Dauben, registered agent for Defendant; and

4.      John W. Patton of Kirkpatrick & Lockhart Preston Ellis Gates LLP, 1717 Main Street, Suite 2800, Dallas, Texas 75201 (attorneys for Microsoft).

Dockets.Justia.com

Respectfully submitted,

John W. Patton
State Bar No. 00798422
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
1717 Main Street, Suite 2800
Dallas, Texas 75201
214-939-5450
214-939-6100 – fax

**ATTORNEYS FOR PLAINTIFF
MICROSOFT CORPORATION**