AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **MICROSOFT CORPORATION,** Plaintiff, | **SUMMONS IN A CIVIL ACTION** |
| V. | CASE NUMBER: |
| **DAUBEN, INC. d/b/a TEXAS INTERNATIONAL PROPERTY ASSOCIATES, a Texas Corporation,** Defendant | **308 CV 0098-L** |

**TO:**

> Dauben, Inc. d/b/a Texas International Property Associates,
> By and through service of its Registered Agent:
> Joey Dauben

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY
John W. Patton
Kirkpatrick & Lockhart Preston Ellis Gates LLP
1717 Main Street, Suite 2800
Dallas, Texas 75201

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT                                JAN 2 2 2008

_Dawn D Burton_

CLERK                                         DATE

(By) DEPUTY CLERK

DALLAS-1078543 v1 007777-00228