(By) DEPUTY CLERK
AO 440 (Rev. 10/93) Summons in a Civil Action

ORIGINAL

| | | |
|---|---|---|
| **RETURN OF SERVICE** | | CASE NO. 3:08-CV-0098-L |
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE | JANUARY 23RD 2008 |
| NAME OF SERVER *(PRINT)* DANNY L. HANEY | TITLE | TEXAS PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): BY DELIVERING TO DAUBEN, INC. d/b/a TEXAS INTERNATIONAL PROPERTY ASSOCIATES, BY DELIVERING TO ITS REGISTERED AGENT JOEY DAUBEN AT 507 NORTH HIGHWAY 77, SUITE 616, WAXAHACHIE, TEXAS 75165 ON 1-23-2008 AT 7:25 PM

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on JANUARY 23RD 2008    *(signature)*
              Date                Signature of Server

5470 LBJ FREEWAY, DALLAS, TEXAS 75240
Address of Server

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 2 5 2008
CLERK, U.S. DISTRICT COURT
By NB
   Deputy

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

ORIGINAL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MICROSOFT CORPORATION,<br>Plaintiff,<br><br>v.<br><br>DAUBEN, INC. d/b/a TEXAS<br>INTERNATIONAL PROPERTY<br>ASSOCIATES, a Texas Corporation,<br>Defendant | SUMMONS IN A CIVIL ACTION<br><br>CASE NUMBER:<br>**308 CV 0098 - L** |

**TO:**

Dauben, Inc. d/b/a Texas International Property Associates,
By and through service of its Registered Agent:
Joey Dauben

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY
John W. Patton
Kirkpatrick & Lockhart Preston Ellis Gates LLP
1717 Main Street, Suite 2800
Dallas, Texas 75201

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| CLERK OF COURT | JAN 2 2 2008 |
|---|---|
| CLERK  *Dawn D Burton* (signature) | DATE |

(By) DEPUTY CLERK