| | |
|---|---|
| **MEMORANDUM** | **JEFF KAPLAN**<br>**U.S. MAGISTRATE JUDGE**<br>**NORTHERN DISTRICT OF TEXAS** |

DATE:       January 28, 2008

TO:         Karen Mitchell, District Clerk

FROM:       Magistrate Judge Jeff Kaplan

RE:         *Microsoft Corporation v. Dauben, Inc.*
            *Case No. 3:08-CV-0098-L*

    I am the magistrate judge randomly assigned to this civil action. One of the parties is Microsoft Corporation. I own stock in Microsoft. A judge must recuse in cases where "[h]e knows that he... has a financial interest in the subject matter in controversy *or in a party to the proceeding* . . ." 28 U.S.C. § 455(b)(4) (emphasis added). I am therefore disqualified from hearing any part of this case.

    Please reassign this case to another magistrate judge in accordance with the usual procedure. By copy of this memo, I am advising Chief Judge Fitzwater and Judge Lindsay of this action.

cc:     Chief Judge Sidney Fitzwater
        Judge Lindsay