**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **MICROSOFT CORPORATION** | § § § | |
| Plaintiffs, | § § | **CIVIL ACTION NO.** |
| vs. | § § | |
| **DAUBEN, INC. D/B/A TEXAS INTER-NATIONAL PROPERTY ASSOCIATES** | § § § | **3:08-CV-0098-L** |
| Defendant. | § § § § | **ECF** |

### DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

Defendant Dauben, Inc. d/b/a Texas International Property Associates ("TIPA"), by and through its attorney and pursuant to Local Rules 3.1(f) and 81.2, files this Certificate of Interested Parties:

1) Dauben, Inc. d/b/a Texas International Property Associates;

None of the interested parties are publicly traded companies.

Respectfully submitted,

**LAW OFFICE OF GARY WAYNE TUCKER**

*/s/ Gary Wayne Tucker*
Gary Wayne Tucker
State Bar No. 24047002
1201 Main P310 PMB5
Dallas, Texas 75202
Telephone: [214] 679-7706
Telecopier: [214] 722-0355

**Attorney for Defendant**

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES   -   1**

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of Plaintiff's Certificate of Interested Persons was served on March 3, 2008 on the following counsel of record in the manner shown below:

**VIA REGULAR MAIL AND ELECTRONIC MAIL:**
John W. Patton
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
1717 Main Street, Suite 2800
Dallas, Texas 75201

Attorneys for Plaintiff

                                      */s/ Gary Wayne Tucker*
                                      Gary Wayne Tucker