**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
_____DALLAS_____ DIVISION

MICROSOFT CORPORATION , §
§
**Plaintiff** §
§ Case Number 3 08 CV 0098-L
v. §
§
DAUBEN, INC. d/b/a TEXAS INTERNATIONAL , §
PROPERTY ASSOCIATES §
**Defendant**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
MAR 18 2008
CLERK, U.S. DISTRICT COURT
By _____dg_____
Deputy

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

I.  Applicant is an attorney and a member of the law firm of (or practices under the name of) Kirkpatrick & Lockhart Preston Gates Ellis LLP , with offices at 925 Fourth Avenue, Suite 2900 ,
(Street Address)

Seattle , WA , 98104 , (206)623-7580 .
(City)   (State)   (Zip Code)   (Telephone No.)

II.  Applicant will sign all pleadings with the name David A. Bateman .

III.  Applicant has been retained personally or as a member of the above-named firm by

Plaintiff Microsoft Corporation

(List All Parties Represented)

to provide legal representation in connection with the above-styled matter now pending before the United States District Court, for the Northern District of Texas.

IV.  Applicant is a member in good standing of the bar of the highest court of the state of Washington , where Applicant regularly practices law.

Bar license number: 14262  Admission date: November 1, 1984 .

V.  Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| USDC, Western Dist. Washington | 3/22/85 | Active |
| USDC, Eastern Dist. Washington | 3/5/99 | Active |
| USDC, Northern Dist. Ohio | 11/28/07 | Active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

None.

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

None.

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None.

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application | Case No. And Style |
|---|---|
| None. | |

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is John Patton, K&L Gates who has offices at 1717 Main Street, Suite 2800, Dallas TX 75201,
(Address)
(817) 347-5270
(Telephone No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☒ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.

SIGNED this 11th day of March, 2008.

David A. Bateman
Printed Name of Applicant

*[signature]*
Signature

I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25.00 filing fee on this _____ day of _____, _____.

David A. Bateman
Printed Name of Applicant

*[signature]*
Signature

---

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☒ the application be granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the Applicant.

March 18, 2008
DATE

*Sam A. Lindsay*
JUDICIAL OFFICER