IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **MICROSOFT CORPORATION**, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:08-CV-0098-L |
| § | |
| **DAUBEN, INC.**, § | |
| § | |
| Defendant. § | |

## ORDER

Pursuant to the court's order of March 6, 2008, the parties filed their Joint Status Report and Agreed Proposed Discovery Plan ("Report") on April 7, 2008. In their Report, the parties agreed and consented in writing to the trial of this case before a United States Magistrate Judge in accordance with 28 U.S.C. § 636(c). The court hereby **reassigns** the above-captioned case from the docket of the Honorable Sam A. Lindsay to the docket of the Honorable Magistrate Judge **Irma C. Ramirez** to conduct all further proceedings and to enter judgment in accordance with 28 U.S.C. § 636(c). Further, any appeal of such judgment shall be taken to the United States Court of Appeals for the Fifth Circuit in accordance with 28 U.S.C. 636(c)(3).

**It is so ordered** this 8th day of April, 2008.

Sam A. Lindsay
United States District Judge

Order - Solo Page